AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CLEBER RENE RIZERIO ROCHA | ) | Case No. 17-mj-5007-JGD |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 4, 2017  in the county of  Middlesex  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

SPECIAL AGENT AARON LINDAMAN
_Printed name and title_

Sworn to before me and signed in my presence.

Date: Jan 5, 2017

_Judge's signature_

City and state: Boston, Massachusetts

HON. JUDITH G. DEIN
_Printed name and title_