UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | No.   17-CR-10048-LTS |
| v. ] | |
| ] | |
| CLEBER RENE RIZERIO ROCHA ] | |

**APPLICATION FOR, AND FACTUAL ALLEGATIONS
IN SUPPORT OF, JUDICIAL ORDER OF REMOVAL**

The United States of America hereby moves for the entry of an Order of Judicial Removal, and notice is hereby given to defendant Cleber Rene Rizerio Rocha and to his attorney of record that the government alleges the following facts in support of such order:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Brazil and a citizen of Brazil.

3. The defendant was admitted to the United States as a B-2, non-immigrant at New York, New York, on or about December 31, 2016, with authorization to remain for six months.

4. The defendant remained in the United States beyond six months, without authorization.

5. At the time of sentencing in this case, the defendant will have been convicted in the United States District Court, District of Massachusetts, of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h), and of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), such violations involving an amount of funds exceeding $10,000 dollars.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to 8 U.S.C. §1226(a)(1)(B), as an alien who remained longer than authorized, and pursuant to 8 U.S.C. §1226(a)(2)(A)(iii), as an alien convicted of an aggravated felony, namely an offense described in 8 U.S.C. §1101(a)(43)(D).

WHEREFORE, pursuant to Section 238(c) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c), the government requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Brazil.

A draft order is attached for the Court's convenience.

                                      Respectfully submitted,

                                      William D. Weinreb
                                      Acting United States Attorney

                        By:   /s/ *Andrew Lelling*
                             Andrew E. Lelling
                             Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on December 19, 2017.

                                      /s/ *Andrew Lelling*
                                      Andrew E. Lelling