UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | No.   17-CR-10048-LTS |
| v. | ] | |
| | ] | |
| CLEBER RENE RIZERIO ROCHA | ] | |

**GOVERNMENT'S NOTICE OF INTENT
TO REQUEST ORDER OF JUDICAL REMOVAL**

Notice is hereby given to defendant Cleber Rene Rizerio Rocha and to his attorney of record that, consistent with the defendant's agreement with the United States, upon conviction and sentencing for violations of 18 U.S.C. § 1956(h) (conspiracy to launder money) and 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering), the United States shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to § 238(c) of the Immigration and Nationality Act of 1952 (codified at 8 U.S.C. § 1228(c)).

Respectfully submitted,

William D. Weinreb
Acting United States Attorney

By:   /s/ *Andrew Lelling*
Andrew E. Lelling
Assistant U.S. Attorney

Date:   December 19, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on December 19, 2017.

/s/ *Andrew Lelling*
Andrew E. Lelling